MANNIE GRAFF, Respondent, v. NATHAN DWOR and Others, Defendants; ETHEL MARSHALL, Appellant.— Order amended by inserting the words " and adjudged " after the word " ordered " and as so amended affirmed, with ten dollars costs and disbursements to the respondent. All concur.

LELAND A. PHILLIPS and Others, Appellants, v. GEORGE F. YANCEY and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur.

THE EAST SIDE SAVINGS BANK OF ROCHESTER, Respondent, v. ROCHESTER HOMES, INCORPORATED, and Others, Defendants, and FANNIE E. FARWELL, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

ELLICOTT SQUARE COMPANY OF BUFFALO, Respondent, v. A. B. LEACH AND COMPANY, INCORPORATED, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

GEORGE E. WALPER, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 20974.) — Judgment reversed on the law and a new trial granted, with costs to the appellant to abide the event, on the ground that a question of fact was presented as to the prevailing rate of wages in the category of labor in which the claimant was engaged, and, therefore, the nonsuit was erroneous. All concur, except Edgcomb and Crosby, JJ., who dissent and vote for affirmance.

EDWIN F. JAECKLE, as Administrator, etc., of FRANK M. BECK, Deceased, Respondent, v. FRANK X. SCHWAB, Appellant.— Judgment affirmed, with costs. All concur.

MAYFLOWER APARTMENTS, INCORPORATED, Respondent, v. PAUL V. SHEEHAN, Appellant.— Judgment and order reversed on the law and a new trial granted, with costs to the appellant to abide the event, unless the plaintiff shall within ten days stipulate to deduct from the verdict $87.50, with interest thereon from April 30, 1930, in which event the judgment is modified accordingly and as so modified is affirmed together with the order, without costs of this appeal to either party. The amount deducted is the full amount of the defendant's agreed rental for the period from April 15 to April 30, inclusive, 1930, during which the demised premises were occupied by the tenant Ullman with the consent of the plaintiff. All concur.

ROZALIA BORCZYK, Respondent, v. MARCIANNA HERUBIN, Appellant.— Order affirmed, with costs. The time within which defendant may stipulate that judgment may be entered for the sum of forty-nine dollars damages is hereby extended to November 26, 1932. All concur, except Taylor, J., who dissents and votes for reversal and reinstatement of the verdict.

MONICA BILK, as Administratrix, etc., of JOSEPH BILK, Deceased, Respondent, v. THE PFAUDLER COMPANY, Appellant. JOSEF KAMADULA, Respondent, v. THE PFAUDLER COMPANY, Appellant. LUCY WASZAK, as Administratrix, etc., of JOHN WASZAK, Deceased, Respondent, v. THE PFAUDLER COMPANY, Appellant.— In each case order is affirmed pursuant to stipulation that the parties would be bound by the decisions of this court in the case of *List* v. *Eastman Kodak Company* [*ante*, p. 820] and *Bogdan* v. *Pfaudler Company* [*ante*, p. 822]. All concur.